CANDIE M. DIBBLE, WSBA #42279
Assistant Attorney General
Office of the Attorney General
Corrections Division
1116 West Riverside Avenue, Suite 100
Spokane, WA 99201-1106
(509) 456-3123

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DONALD R. HUNT,<br><br>Plaintiff,<br><br>v.<br><br>ISRAEL R. GONZALEZ, et al.,<br><br>Defendants. | NO. 4:16-cv-5125-EFS<br><br>DEFENDANTS' ANSWER TO PLAINTIFF'S CIVIL RIGHTS COMPLAINT AND JURY DEMAND |

COME NOW the Defendants, DAVID BAILEY, CHE, JACQUELINE FLUAITT, ISRAEL "ROY" GONZALEZ, JEFFREY UTTECHT, LORI WONDERS, and MICHAEL ZWICKY,[1] by and through their attorneys of record, ROBERT W. FERGUSON, Attorney General, and CANDIE M. DIBBLE, Assistant Attorney General, and file the following Answer to Plaintiff's Complaint. ECF No. 1-4.

---

[1] This answer does not constitute a voluntary waiver of personal service.

DEFENDANTS' ANSWER TO PLAINTIFF'S CIVIL RIGHTS COMPLAINT AND JURY DEMAND
NO. 4:16-CV-5125-EFS

1

ATTORNEY GENERAL OF WASHINGTON
Corrections Division
1116 West Riverside Avenue, Suite 100
Spokane, WA 99201-1106
(509) 456-3123

Under Federal Civil Rule 8(b), Defendants generally deny each allegation of fact in the Plaintiff's Complaint unless the allegation of fact is expressly admitted. Defendants will not respond to legal arguments contained in the Plaintiff's Complaint and will deny them if it is unclear if the Plaintiff is asserting a factual or legal claim.

## I.   JURISDICTION AND VENUE

1.1   Admit.

1.2   Admit.

1.3   Admit.

## II.   PARTIES

2.1   Admit.

2.2   Defendants admit Defendant Gonzalez is employed as a Correctional Manager with the Washington State Department of Corrections. Defendants admit Defendant Gonzalez's responsibilities include oversight and supervision of prison facility law libraries and mailrooms.

2.3   Admit.

2.4   Defendants admit Defendant Bailey was previously employed as an Associate Superintendent at the Coyote Ridge Corrections Center. Defendants admit Defendant Bailey was responsible for the oversight and supervision of the prison law library.

2.5   Defendants admit Defendant Che is employed as an Administrative Assistant 3 at the Coyote Ridge Corrections Center. Defendants admit Defendant

DEFENDANTS' ANSWER TO PLAINTIFF'S CIVIL RIGHTS COMPLAINT AND JURY DEMAND
NO. 4:16-CV-5125-EFS

2

ATTORNEY GENERAL OF WASHINGTON
Corrections Division
1116 West Riverside Avenue, Suite 100
Spokane, WA 99201-1106
(509) 456-3123

Che was previously responsible for scheduling call-outs for the prison law library. Defendants admit Defendant Che may assist with scheduling call-outs for the prison law library when Defendant Zwicky is unavailable.

2.6    Defendants admit Defendant Wonders is an Administrative Assistant 3 at the Coyote Ridge Corrections Center. Defendants admit Defendant Wonders is contacted when there is a question regarding whether an inmate's request for priority law library access qualifies under DOC Policy 590.500.

2.7    Admit.

2.8    Admit.

2.9    Admit.

2.10    Defendants neither admit nor deny the allegations listed in this paragraph of the complaint.

2.11    Defendants neither admit nor deny the allegations listed in this paragraph of the complaint.

2.12    Defendants neither admit nor deny the allegations listed in this paragraph of the complaint.

### III.    FACTS

3.1    Admit.

3.2    Admit.

3.3    Defendants are without sufficient information to either admit or deny the allegations contained in this paragraph and therefore deny the same.

3.4    Admit.

DEFENDANTS' ANSWER TO PLAINTIFF'S CIVIL RIGHTS COMPLAINT AND JURY DEMAND
NO. 4:16-CV-5125-EFS

3

ATTORNEY GENERAL OF WASHINGTON
Corrections Division
1116 West Riverside Avenue, Suite 100
Spokane, WA 99201-1106
(509) 456-3123

3.5   Defendants are without sufficient information to either admit or deny the allegations contained in this paragraph and therefore deny the same.

3.6   Admit.

3.7   Admit.

3.8   Deny. Plaintiff did not meet the requirements under DOC Policy 590.500 for priority law library access; therefore, his request was denied.

3.9   Admit Defendant Wonders inquired whether Plaintiff had any pending deadlines which would comport with the requirements under DOC Policy 590.500 for law library priority legal access.

3.10   Defendants admit Plaintiff filed grievance Log ID #13542140. Defendants assert the grievance records speak for themselves. Defendants deny all remaining allegations in this paragraph of the complaint.

3.11   Admit. Defendants assert the document speaks for itself. Defendants deny all remaining allegations in this paragraph of the complaint.

3.12   Defendants admit Plaintiff filed grievance Log ID #13542782. Defendants assert the grievance records speak for themselves. Defendants deny all remaining allegations in this paragraph of the complaint.

3.13   Defendants are without sufficient information to either admit or deny the allegations contained in this paragraph and therefore deny the same.

3.14   Defendants admit Plaintiff was approved for law library priority access from August 7, 2013 through September 5, 2013.

///

DEFENDANTS' ANSWER TO PLAINTIFF'S CIVIL RIGHTS COMPLAINT AND JURY DEMAND
NO. 4:16-CV-5125-EFS

4

ATTORNEY GENERAL OF WASHINGTON
Corrections Division
1116 West Riverside Avenue, Suite 100
Spokane, WA 99201-1106
(509) 456-3123

3.15    Defendants are without sufficient information to either admit or deny the allegations contained in this paragraph and therefore deny the same.

3.16    Defendants are without sufficient information to either admit or deny the allegations contained in this paragraph and therefore deny the same.

3.17    Admit.

3.18    Defendants admit Plaintiff filed grievance Log ID #13542140. Defendants assert the grievance records speak for themselves. Defendants are without sufficient information to either admit or deny the remaining allegations contained in this paragraph and therefore deny the same.

3.19    Admit.

3.20    Admit.

3.21    Defendants are without sufficient information to either admit or deny the allegations contained in this paragraph and therefore deny the same.

3.22    Defendants are without sufficient information to either admit or deny the allegations contained in this paragraph and therefore deny the same.

3.23    Defendants admit law library was closed because the server "went down." Defendants assert the August 26, 2013 Washington State Library memorandum speaks for itself.

3.24    Defendants are without sufficient information to either admit or deny the allegations contained in this paragraph and therefore deny the same.

///

///

DEFENDANTS' ANSWER TO PLAINTIFF'S CIVIL RIGHTS COMPLAINT AND JURY DEMAND
NO. 4:16-CV-5125-EFS

5

ATTORNEY GENERAL OF WASHINGTON
Corrections Division
1116 West Riverside Avenue, Suite 100
Spokane, WA 99201-1106
(509) 456-3123

3.25   Defendants admit law library was closed because the server "went down." Defendants assert the August 27, 2013 Washington State Library memorandum speaks for itself.

3.26   Defendants admit law library was closed because the server "went down." Defendants assert the August 28, 2013 Washington State Library memorandum speaks for itself.

3.27   Defendants are without sufficient information to either admit or deny the allegations contained in this paragraph and therefore deny the same.

3.28   Defendants admit on August 22, 2013, Defendant Fluaitt issued a letter to Plaintiff regarding his abuse of the grievance process. Defendants assert the letter speaks for itself. Defendants deny all other allegations listed in this paragraph of the complaint.

3.29   Admit.

3.30   Admit.

3.31   Defendants are without sufficient information to either admit or deny the allegations contained in this paragraph and therefore deny the same.

3.32   Defendants admit Plaintiff filed grievance Log ID #13542140. Defendants assert the grievance records speak for themselves.

3.33   Deny.

3.34   Admit.

3.35   Admit.

///

DEFENDANTS' ANSWER TO PLAINTIFF'S CIVIL RIGHTS COMPLAINT AND JURY DEMAND
NO. 4:16-CV-5125-EFS

6

ATTORNEY GENERAL OF WASHINGTON
Corrections Division
1116 West Riverside Avenue, Suite 100
Spokane, WA 99201-1106
(509) 456-3123

1       3.36  Defendants admit the books in the law library were replaced by
2   electronic research services.

3       3.37  Defendants admit the electronic research service provider was
4   changed from Westlaw to LexisNexis.

5       3.38  Defendants admit the books in the law library were replaced by
6   electronic research services.

7       3.39  Admit CRCC did not initially remove the paper books from the law
8   library.

9       3.40  Admit.

10      3.41  Admit.

11      3.42  Deny.

12      3.43  Defendants admit Plaintiff filed grievance Log ID #16606206.
13  Defendants assert the grievance records speak for themselves.

14      3.44  Defendants admit Plaintiff filed grievance Log ID #16608781.
15  Defendants assert the grievance records speak for themselves. Defendants deny the
16  remaining allegations listed in this paragraph of the Plaintiff's complaint.

17      3.45  Defendants admit Plaintiff filed grievance Log ID #16608781.
18  Defendants assert the grievance records speak for themselves. Defendants deny the
19  remaining allegations listed in this paragraph of the Plaintiff's complaint.

20      3.46  Deny.

21      3.47  Defendants admit Plaintiff filed grievance Log ID #16608781.
22  Defendants assert the grievance records speak for themselves.

DEFENDANTS' ANSWER TO PLAINTIFF'S CIVIL RIGHTS COMPLAINT AND JURY DEMAND
NO. 4:16-CV-5125-EFS

7

ATTORNEY GENERAL OF WASHINGTON
Corrections Division
1116 West Riverside Avenue, Suite 100
Spokane, WA 99201-1106
(509) 456-3123

1    3.48   Deny.

2    3.49   Defendants admit Plaintiff filed grievance Log ID #16608781. Defendants assert the grievance records speak for themselves.

3.50   Defendants admit Plaintiff filed grievance Log ID #16608781. Defendants assert the grievance records speak for themselves.

3.51   Deny.

3.52   Deny.

3.53   Defendants admit Plaintiff filed grievance Log ID #16608781 and 16610598. Defendants assert the grievance records speak for themselves.

3.54   Defendants admit Plaintiff filed grievance Log ID #16610598. Defendants assert the grievance records speak for themselves. Defendants deny the remaining allegations listed in this paragraph of the Plaintiff's complaint.

3.55   Admit.

3.56   Deny.

3.57   Deny.

3.58   Defendants admit unauthorized CDs are not considered to be authorized mail under DOC Policy 450.100 and will therefore be rejected by the prison mailroom. Defendants deny the remaining allegations listed in this paragraph of the complaint.

3.59   Deny.

3.60   Defendants admit Plaintiff has two personal restraint petitions pending in the Court of Appeals under cause numbers 74789-4-I and 74986-2-I. Defendants

DEFENDANTS' ANSWER TO PLAINTIFF'S CIVIL RIGHTS COMPLAINT AND JURY DEMAND
NO. 4:16-CV-5125-EFS

8

ATTORNEY GENERAL OF WASHINGTON
Corrections Division
1116 West Riverside Avenue, Suite 100
Spokane, WA 99201-1106
(509) 456-3123

1  deny Plaintiff's appellate cause number 74365-1-I is pending. A mandate

2  dismissing the appeal was issued on July 15, 2016. There is no pending appeal of

3  this mandate listed on the Washington State Supreme Court docket.

### IV.  CLAIMS AND CAUSES OF ACTION

5  Defendants deny the allegations contained in this section of the Complaint.

### V.  DECLARATORY AND INJUNCTIVE RELIEF

7  Defendants deny Plaintiff is entitled to any of the relief set forth in this

8  section of the Complaint.

### VI.  REQUEST FOR RELIEF

10  Defendants deny Plaintiff is entitled to any of the relief set forth in this

11  section of the Complaint.

### VII.  AFFIRMATIVE DEFENSES

13  Having answered the allegations of Plaintiff's Complaint, and by way of

14  further answer and affirmative defense, Defendants affirmatively allege:

15  1.  Plaintiff has failed to state a claim upon which relief can be granted,

16  because he has not alleged facts that rise to the level of a civil rights violation

17  under 42 U.S.C. § 1983.

18  2.  All acts allegedly done by the Defendants with respect to Plaintiff

19  were done in the reasonable belief that they were in accordance with the Federal

20  Constitution, and the laws of the state of Washington and the United States.

21  Defendants also acted pursuant to published policies and field instructions, which

DEFENDANTS' ANSWER TO PLAINTIFF'S
CIVIL RIGHTS COMPLAINT AND JURY
DEMAND
NO. 4:16-CV-5125-EFS

9

ATTORNEY GENERAL OF WASHINGTON
Corrections Division
1116 West Riverside Avenue, Suite 100
Spokane, WA 99201-1106
(509) 456-3123

they could have reasonably believed were constitutional. Defendants are entitled to qualified immunity from damages.

3.  Defendants reserve the right to allege additional affirmative defenses after the completion of discovery.

## VIII. JURY DEMAND

Should this matter proceed to trial, Defendants demand that a jury determine all issues of fact.

RESPECTFULLY SUBMITTED this 21st day of September, 2016.

    ROBERT W. FERGUSON
    Attorney General

    s/ Candie M. Dibble
    CANDIE M. DIBBLE, WSBA #42279
    Assistant Attorney General
    Corrections Division
    1116 West Riverside Avenue, Suite 100
    Spokane, WA 99201-1106
    (509) 456-3123
    CandieD@atg.wa.gov

DEFENDANTS' ANSWER TO PLAINTIFF'S CIVIL RIGHTS COMPLAINT AND JURY DEMAND
NO. 4:16-CV-5125-EFS

10

ATTORNEY GENERAL OF WASHINGTON
Corrections Division
1116 West Riverside Avenue, Suite 100
Spokane, WA 99201-1106
(509) 456-3123

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing Defendants' Answer to Plaintiff's Civil Rights Complaint and Jury Demand to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

DONALD HUNT, DOC #786516
COYOTE RIDGE CORRECTIONS CENTER
PO BOX 769
CONNELL WA 99326-0769
Email: doccrccinmatefederal@doc1.WA.GOV

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 21st day of September, 2016, at Spokane, Washington.

s/ Patty Willoughby
PATTY WILLOUGHBY
Legal Assistant III
Corrections Division
1116 West Riverside Avenue, Suite 100
Spokane, WA 99201-1106
(509) 456-3123
PattyW@atg.wa.gov

DEFENDANTS' ANSWER TO PLAINTIFF'S CIVIL RIGHTS COMPLAINT AND JURY DEMAND
NO. 4:16-CV-5125-EFS

11

ATTORNEY GENERAL OF WASHINGTON
Corrections Division
1116 West Riverside Avenue, Suite 100
Spokane, WA 99201-1106
(509) 456-3123