AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

Donald R Hunt

    *Plaintiff*

v.

Israel R Gonzalez; Jeffery Uttecht; David Bailey; Laura Sherbo; Jacqueline L Fluaitt; Lori Wonders; Che; Michael Zwicky; and 1 to 20 Unknown John or Jane Does,

    *Defendant*

Civil Action No.  4:16-cv-05125-EFS

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  Defendants' Motion for Summary Judgment, ECF No. 26, GRANTED.
Plaintiff's Cross-Motion for Summary Judgment, ECF No. 41, DENIED IN PART AND GRANTED IN PART.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Edward F. Shea  on a motion for Summary Judgment, ECF No. 26, GRANTED. Plaintiff's Cross-Motion for Summary Judgment, ECF No. 41, DENIED IN PART AND GRANTED IN PART.

Date:  7/20/17

*CLERK OF COURT*

SEAN F. McAVOY

s/ Shelly Koegler
*(By) Deputy Clerk*

Shelly Koegler